IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-01654-MSK-OES

RONAN TYNAN, an individual,

    Plaintiff,

v.

BROADMOOR HOTEL, INC., a Colorado corporation and AMERICAN SPECIALTIES, INC., a New York corporation,

    Defendants.

___

ORDER ON AMENDED MOTION TO WITHDRAW
___

    THE COURT, having reviewed the Motion to Withdraw **(# 108)** and the Amended Motion to Withdraw **(# 109)** submitted by Juliet M. Hanna, being fully advised in the premises, and finding good cause therefor,

    ORDERS that the Motion to Withdraw is hereby GRANTED.

    Dated: June 27, 2005

                                **BY THE COURT:**

                                */s/ Marcia S. Krieger*

                                Marcia S. Krieger
                                United States District Judge