IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-01654-MSK-OES

RONAN TYNAN,

    Plaintiff,

v.

BROADMOOR HOTEL, INC., and
TUBULAR SPECIALTIES MANUFACTURING, INC.,

    Defendants.

_____

## ORDER DENYING MOTION TO STRIKE
_____

**THIS MATTER** comes before the Court pursuant to Defendant Broadmoor Hotel, Inc.'s Motion To Strike Plaintiff's Expert Witness **(# 130)**.

The Defendant filed an effectively identical motion **(# 124)** on September 27, 2005, which the Court denied **(# 128)**. For the reasons stated in the prior Order, the present Motion is **DENIED**. The Court notes that the parties have filed a proper Joint Motion Under Rule 702 **(# 127)**, which requests the same relief sought in the instant motion, and that motion remains under consideration.

Dated this 4th day of October, 2005

                                            **BY THE COURT:**

                                            *Marcia S. Krieger*
                                            _____

                                            Marcia S. Krieger
                                            United States District Judge