IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-01654-MSK-OES

RONAN TYNAN, an individual,

    Plaintiff,

v.

BROADMOOR HOTEL, INC., a Colorado corporation and TUBULAR SPECIALTIES MANUFACTURING, INC., a New York corporation,

    Defendants.

---

**ORDER AND NOTICE OF HEARING**

---

    **IT IS HEREBY ORDERED** that a Fed.R. Evid. 702 hearing will be held on **October 26, 2005 at 8:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    DATED this 17th day of October, 2005.

                                         **BY THE COURT:**

                                         Marcia S. Krieger
                                         United States District Judge