IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-01654-MSK-OES

RONAN TYNAN, an individual,

    Plaintiff,

v.

BROADMOOR HOTEL, INC., a Colorado corporation and TUBULAR SPECIALTIES MANUFACTURING, INC., a New York corporation,

    Defendants.

_____

### ORDER GRANTING DEFENDANT BROADMOOR HOTEL'S <u>UNOPPOSED</u> MOTION FOR LEAVE OF THE COURT TO FILE REPLY BRIEF IN EXCESS OF TEN (10) PAGES
_____

    **THIS MATTER**, having come to be heard on Defendant The Broadmoor Hotel's Unopposed Motion for Leave of the Court to File Reply Brief in Excess of Ten (10) Pages **(#151)**, and the Court having reviewed same and being fully apprised in the premises; and

    **HEREBY GRANTS** Defendant's Motion; and

    **ORDERS** that The Broadmoor Hotel, Inc., shall have leave of the court to file its reply brief in excess of ten (10) pages.

    **DATED** this 27th day of October, 2005.

                                              **BY THE COURT:**

                                              */s/ Marcia S. Krieger*
                                              _____

                                              Marcia S. Krieger
                                              United States District Judge