IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-01654-MSK-OES

RONAN TYNAN, an individual,

    Plaintiff,

v.

BROADMOOR HOTEL, INC., a Colorado corporation and TUBULAR SPECIALTIES MANUFACTURING, INC., a New York corporation,

    Defendants.

_____

**ORDER DENYING REQUEST TO BE EXCUSED FROM FINAL TRIAL PREPARATION CONFERENCE**
_____

THIS MATTER coming before the Court on Plaintiff's Unopposed Motion to Excuse Plaintiff from In-Person Attendance at Final Trial Preparation Conference **(#158)**, and the Court being fully advised,

Finds that good cause has not been shown, the Court DENIES Plaintiff's motion.

DATED this 7th day of November, 2005.

                                            **BY THE COURT:**

*(signature)*

Marcia S. Krieger
United States District Judge