IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 03-cv-01654-MSK-OES

RONAN TYNAN, an individual,

    Plaintiff,

v.

BROADMOOR HOTEL, INC., a Colorado corporation and TUBULAR SPECIALTIES MANUFACTURING, INC., a New York corporation,

    Defendants.

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE FOR DEFENDANT BROADMOOR HOTEL, INC. ONLY

THIS MATTER having come before the Court on the Stipulation for Dismissal with Prejudice as to Defendant, The Broadmoor Hotel, Inc. The Court, being fully advised in the premises,

HEREBY APPROVES the Stipulation and ORDERS that Plaintiff's claims against Defendant, The Broadmoor Hotel, Inc., are dismissed with prejudice, each party to pay its own costs and attorneys' fees.

Dated this 25th day of January, 2006

                **BY THE COURT:**

                *Marcia S. Krieger*
                ―――――――――――――――――

                Marcia S. Krieger
                United States District Judge